### W. J. Carrell v. The State.

No. 4975. Decided June 5, 1918.

**Final Judgment—Sentence—Jurisdiction.**

In the absence of final judgment or sentence in the record, this court has no jurisdiction of the appeal and it must be dismissed.

Appeal from the District Court of Hill. Tried below before the Hon. Horton B. Porter.

Appeal from a conviction of forgery; penalty, three years imprisonment in the penitentiary.

The opinion states the case.

*F. E. Johnson, D. W. Odell,* and *S. C. Padleford,* for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—On a former day of the term an opinion was written herein disposing of the case. Upon motion for rehearing it is called to our attention for the first time, and which was not done before the former opinion was written, that sentence had not been passed upon defendant. Under our statute this court would not have jurisdiction in this character of case until after the final judgment or sentence had been pronounced. An opinion rendered where jurisdiction has not attached would not be authorized, and it will, therefore, be withdrawn and the case will stand for disposition upon appeal, if one should be taken, after sentence has been pronounced. The appeal, as the record now stands, will be dismissed for want of final sentence.

*Dismissed.*

MORROW, JUDGE, not sitting.